UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Larry Dobbs,<br><br>Plaintiff,<br><br>vs.<br><br>Texas Roadhouse Holdings, LLC; and Texas Roadhouse, Inc.,<br><br>Defendants. | CASE NO. 8:26-cv-00315-JDA<br><br>**DEFENDANT TEXAS ROADHOUSE HOLDINGS, LLC AND DEFENDANT TEXAS ROADHOUSE, INC.'S EXPERT WITNESS DISCLOSURE AND CERTIFICATION OF DISCLOSURE OF EXPERT WITNESS REPORT AS REQUIRED BY RULE 26(a)(2)(B), FRCP** |

Defendants, Texas Roadhouse Holdings, LLC and Texas Roadhouse, Inc., by the undersigned attorneys, in accordance with the March 9, 2026, Consent Amended Scheduling Order (ECF 18) and written consent of the parties to extend the report deadline to September 21, 2026, file this Expert Witness Disclosure and states as follows:

1. These Defendants jointly designate the following expert witnesses to testify on their behalf:

**Brodie E. McKoy, M.D.**
**Orthopedic Surgery**
**Southern Orthopedics and Sports Medicine**
**Mount Pleasant, SC**

2. These Defendants jointly hereby certify that a written report has been prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) which has been disclosed to the parties on September 10, 2026.

Respectfully submitted this 11th day of September, 2026.

[SIGNATURE ON FOLLOWING PAGE]

COPELAND, STAIR, VALZ & LOVELL, LLP

By: *s/Lee C. Weatherly*
LEE C. WEATHERLY
Federal Bar No.: 9389
KIERRA N. BROWN
Federal Bar No.: 12717
lweatherly@csvl.law
***Attorneys for Defendants***

40 Calhoun Street, Suite 400
Charleston, SC 29401
*lweatherly@csvl.law*
*kbrown@csvl.law*
Ph: 843-727-0307