UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Larry Dobbs,<br><br>Plaintiff,<br><br>vs.<br><br>Texas Roadhouse Holdings LLC; and<br>Texas Roadhouse, Inc.,<br><br>Defendants. | CASE NO. 8:26-CV-00315-JDA<br><br>**NOTICE OF FILING OF RECORDS CUSTODIAN AFFIDAVIT** |

YOU WILL PLEASE TAKE NOTICE THAT Defendant Texas Roadhouse Holdings, LLC, and Texas Roadhouse, Inc., hereby files the following Affidavits of Authenticity/Affidavits of Records Custodian (see Exhibit A) for the following:

1. Athens Orthopedic Clinic regarding records which have been bates labeled "Athens Orthopedic Clinic (CSVL) 0001-0062;" and
2. Amedisys regarding records which have been bates labeled "Amedisys (CSVL) 0001-0206."

Defendant reserves the right to supplement this response.

This 28th day of September 2026.

Respectfully submitted,

COPELAND, STAIR, VALZ & LOVELL, LLP

By: *s/Lee C. Weatherly*
LEE C. WEATHERLY
Federal Bar No.: 9389
KIERRA N. BROWN
Federal Bar No.: 12717
***Attorneys for Defendant***

40 Calhoun Street, Suite 400
Charleston, South Carolina 29401-3531
lweatherly@csvl.law
kbrown@csvl.law
Ph: 843-727-0307

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Larry Dobbs,<br><br>Plaintiff,<br>vs.<br><br>Texas Roadhouse Holdings LLC; and Texas Roadhouse, Inc.,<br><br>Defendants. | CASE NO.: 8:26-CV-00315-JDA<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that I have this day served a copy of the within and foregoing ***Notice of Filing of Records Custodian Affidavit*** upon all parties to this matter via electronic and/or regular U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

**JASON A. DAIGLE**
Federal Bar No.: 9588
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
jason.daigle@forthepeople.com
***Attorney for Plaintiff***

This 28th day of September 2026.

*s/Kaeshon Granti*
*Legal Assistant for Lee C. Weatherly and Kierra N. Brown*

Copeland, Stair, Valz & Lovell, LLP
40 Calhoun Street, Suite 400
Charleston, SC 29401