EXHIBIT
A

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Larry Dobbs,<br><br>Plaintiff,<br><br>v.<br><br>Texas Roadhouse Holdings, LLC; and<br>Texas Roadhouse, Inc.<br><br>Defendants. | ) | Case No.: CASE NO.: 8:26-CV-00315-JDA<br><br>**AFFIDAVIT OF AUTHENTICITY** |

To: Emily Dyer, Esq.
Copeland, Stair, Valz & Lovell, LLP
40 Calhoun Street, Suite 400
Charleston, SC 29401

In response to the request for records served upon me by the Defendants in the above-styled case, I hereby certify that the attached documents are true, accurate and complete copies of all documents requested by Copeland, Stair, Valz & Lovell, LLP relating to **Larry Dobbs (DOB: 09/03/1954).**

This 20 day of August, 2026.

Courtney Oltmann
Records Custodian for Athens Orthopedic Clinic

SCCA 254 (05/2015)

(See Rule 45, South Carolina Rules of Civil Procedure, Parts (c) & (d) on pages 2 and 3)

KB

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Larry Dobbs,<br><br>Plaintiff,<br><br>v.<br><br>Texas Roadhouse Holdings, LLC; and Texas Roadhouse, Inc.<br><br>Defendants. | Case No.: CASE NO.: 8:26-CV-00315-JDA<br><br>**AFFIDAVIT OF AUTHENTICITY** |

To: Emily Dyer, Esq.
Copeland, Stair, Valz & Lovell, LLP
40 Calhoun Street, Suite 400
Charleston, SC 29401

In response to the request for records served upon me by the Defendants in the above-styled case, I hereby certify that the attached documents are true, accurate and complete copies of all documents requested by Copeland, Stair, Valz & Lovell, LLP relating to **Larry Dobbs (DOB: 09/03/1954).**

This 21 day of AUGUST, 2026.

Krystal Bechtel

Records Custodian for AMEDISYS



(See Rule 45, South Carolina Rules of Civil Procedure, Parts (c) & (d) on pages 2 and 3)