UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Larry Dobbs,<br><br>Plaintiff,<br><br>vs.<br><br>Texas Roadhouse Holdings, LLC; and Texas Roadhouse, Inc.,<br><br>Defendants. | CASE NO. 8:26-cv-00315-JDA<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney hereby notifies and advises this Court, the above-captioned parties, and all counsel of record, that she is appearing as counsel for Texas Roadhouse Holdings, LLC and Texas Roadhouse, Inc., in the above-captioned matter. The undersigned hereby requests to be notified of any and all proceedings and copied on all pleadings, discovery, motions and the like in matters regarding this action, as attorney for Defendant.

This 30th day of September 2026.

Respectfully submitted,

COPELAND, STAIR, VALZ & LOVELL, LLP

By: *s/Emily Dyer*
LEE C. WEATHERLY
Federal Bar No.: 9389
EMILY DYER
Federal Bar No.: 14833
***Attorney for Defendants***

40 Calhoun Street, Suite 400
Charleston, South Carolina 29401-3531
lweatherly@csvl.law
edyer@csvl.law
Ph: 843-727-0307