UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| **Larry Dobbs**<br><br>Plaintiff,<br><br>v.<br><br>**Texas Roadhouse Holdings, LLC and Texas Roadhouse Inc.,**<br><br>Defendants. | CASE NO.: 8:26-CV-00315-JDA<br><br>**CONSENT MOTION TO AMEND SCHEDULING ORDER** |

Pursuant to Local Rule 6.01, D.S.C., the parties jointly file this Consent Motion to Extend the Deadlines contained in the First Amended Scheduling Order dated March 9, 2026, as follows, and as set forth in the Proposed Second Amended Scheduling Order, attached as Exhibit A.

1. Under the First Amended Scheduling Order, the records custodian deadline is September 24, 2026, the Discovery deadline is November 24, 2026, the Rule 56 Conference deadline is December 4, 2026, the dispositive motion deadline is January 8, 2027, the mediation deadline is November 27, 2026, and this matter is subject to being called for jury selection on February 22, 2027. However, the parties agree that additional time will be needed to complete written and deposition discovery as well as expert discovery in this matter prior to participating in mediation and in turn the remaining deadlines require a lengthening in time to fully complete each section prior to their deadline.

2. The parties jointly and respectfully request the court extend the following deadlines in the governing Scheduling Order as follows:

   a. The records custodian deadline is **December 18, 2026.**

   b. Discovery deadline is **February 24, 2027.**

c. Rule 56 conference deadline is **April 4, 2027.**

d. Dispositive motions deadline is **May 8, 2027.**

e. Mediation deadline is **March 27, 2027.**

f. Jury selection or trial on or after **June 28, 2027.**

This 27th day of October, 2026.

**WE CONSENT**:

By: *s/Jason A. Daigle*
Jason A. Daigle, Esq.
Federal Bar No.: 9588
Morgan & Morgan
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
Ph: (854) 222-6088
jason.daigle@forthepeople.com
***Counsel for Plaintiff***

**WE CONSENT**:

By: *s/Lee C. Weatherly*
Lee C. Weatherly, Esq.
Federal Bar No.: 9389
Emily M. Dyer
Federal Bar No.: 14833
Copeland Stair, Valz & Lovell, LLP
40 Calhoun Street, Suite 400
Charleston, SC 29401
*lweatherly@csvl.law*
*edyer@csvl.law*
***Counsel for Defendant***